**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHONGQING HUANSONG INDUSTRIES (GROUP) CO., LTD., CHONGQING HUANSONG SCIENCE AND TECHNOLOGY INDUSTRIAL CO., LTD. AND VIETNAM NEW CENTURY INDUSTRIAL COMPANY LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>KINDERHOOK INDUSTRIES, LLC, KINDERHOOK CAPITAL FUND VI, L.P., KINDERHOOK CAPITAL FUND VI-B, L.P., AND RICHARD GODFREY<br><br>Defendants. | Case No. 22-cv-10652-JPO |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Plaintiffs Chongqing Huansong Industries (Group) Co., Ltd., Chongqing Huansong Science and Technology Industrial Co., Ltd. and Vietnam New Century Industrial Company Limited hereby give notice under Fed. R. Civ. P. 41(a)(1)(A)(i) of the voluntary dismissal without prejudice of the above-captioned action.

Dated: April 13, 2023

**HOGAN LOVELLS US LLP**

By: /s/ Dennis H. Tracey, III
Dennis H. Tracey, III
Benjamin A. Fleming
390 Madison Avenue
New York, NY 10017
Tel.: (212) 918-3000
Fax: (212) 918-3100
dennis.tracey@hoganlovells.com
benjamin.fleming@hoganlovells.com

*Attorneys for Chongqing Huansong Industries (Group) Co., Ltd., Chongqing Huansong Science and Technology Industrial Co., Ltd. and Vietnam New Century Industrial Company Limited*